

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 28, 2015

No. 04-13-00891-CR

Donald F. **HUFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2990
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice

The State's motion for extension of time to file the motion for rehearing is GRANTED. Time is extended to May 8, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court